

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2014

Nos. 04-13-00715-CR, 04-13-00716-CR, 04-13-00717-CR, & 04-13-00716-CR

**EX PARTE** Rogelio **RINCON**, Jr.,

From the 379th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2012CR2442, 2012CR2443, 2012CR2444, & 2012CR2445
Honorable Andrew Carruthers, Magistrate Judge Presiding

### O R D E R

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Luz Elena D. Chapa, Justice

Rogelio Rincon appeals the trial court's denial of his applications for writs of habeas corpus seeking reduction of bail. Rincon filed an application in each of four cases: 2012-CR-2442 (Appeal No. 04-13-00715-CR); 2012-CR-2443 (Appeal No. 04-13-00716-CR); 2012-CR-2444 (Appeal No. 04-13-00717-CR); and 2012-CR-2445 (Appeal No. 04-13-00718-CR). The trial court heard the four applications together and orally denied relief in each at the conclusion of the hearing. Although the docket sheet in each case reflects the court denied relief, the trial court signed an order denying relief only in Cause No. 2012-CR-2444 (Appeal No. 04-13-00717-CR).

A written, signed order is necessary to invoke this court's jurisdiction. *See Cravin v. State*, 95 S.W.3d 506, 508 (Tex. App.—Houston [1st Dist.] 2002, pet. ref'd); *Ex parte Wiley*, 949 S.W.2d 3, 4 (Tex. App.—Fort Worth 1996, no pet.). A docket entry is not part of the record, and is insufficient to invoke this court's jurisdiction. *See State v. Cox*, 235 S.W.3d 283, 284–85 (Tex. App.—Fort Worth 2007, no pet.); *Ex parte Wiley*, 949 S.W.2d at 4.

We therefore ORDER Rincon to secure a signed, written order denying habeas corpus relief from the trial court in Cause Nos. 2012-CR-2442, 2012-CR-2443, and 2012-CR-2445 and to direct the trial court clerk to file a supplemental record containing the order. If a supplemental record containing a signed written order is not filed in Appeal Nos. 04-13-00715-CR, 04-13-00716-CR, and 04-13-00718-CR by **May 19, 2014**, those appeals will be dismissed for want of jurisdiction.

We further ORDER the clerk of this court to serve a copy of this order on the trial court judge and the magistrate judge.

It is so **ORDERED** on the 8th day of May, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court